IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

PAO HUE YENG XIONG                                                                           PLAINTIFF

VS.                                                           CIVIL ACTION NO. 3:20cv109-CWR-FKB

DAVID PAUL                                                                                   DEFENDANT

### REPORT AND RECOMMENDATION

Pao Hue Yeng Xiong filed this habeas action on February 26, 2020, while he was a serving a 15-year term of imprisonment at the Federal Correctional Complex at Yazoo City, Mississippi. In his petition, he challenged the constitutionality of a prison disciplinary proceeding that had resulted in the loss of good-conduct time. The website of the Federal Bureau of Prisons indicates that Petitioner was released from custody on December 31, 2020. Thus, his petition is now moot. For this reason, the undersigned recommends that the petition be dismissed

The parties are hereby notified that failure to file written objections to the proposed findings, conclusions, and recommendation contained within this report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the proposed factual findings and legal conclusions accepted by the district court. 28 U.S.C. § 636; Fed. R. Civ. P. 72(b); *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

Respectfully submitted, this the 6th day of August, 2021.

                                                                          s/ F. Keith Ball
                                                                          United States Magistrate Judge